UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE RENDON GROUP, INC.,**<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>**CORI RIGSBY,** *et al.***,**<br><br>　　　　　　Interested Party,<br><br>　v.<br><br>**STATE FARM MUTUAL INSURANCE COMPANY,**<br><br>　　　　　　Respondent. | No. 1:10-mc-00164(HHK/JMF)<br><br>Underlying Litigation:<br>Case No. 1:06cv0433 LTS-RHW<br>United States District Court<br>Southern District of Mississippi |

**ORDER**

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED** The Rendon Group Inc.'s Motion to Quash or Modify Subpoena for Documents [#1] is **GRANTED IN PART.**  It is further, hereby,

**ORDERED**

　　　that TRG produce the following:

　　1.　All documents concerning the Relators, Ms. Cori (Moran Rigsby) and Ms. Kerri Rigsby.

　　2.　All documents concerning the False Claims Act action filed by the Relators.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE